**Order filed, April 24, 2020.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-20-00301-CV**

———————

**ANMOS TRANSPORTATION, INC. AND ANANT SHRESTHA, Appellant**

**V.**

**SANTANDER BANK, N.A., Appellee**

**On Appeal from the County Court at Law No 3
Tarrant County, Texas
Trial Court Cause No. 2018-007723-3**

## ORDER

The reporter's record in this case was due April 20, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter of County Court at Law Number Three to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Spain.